```
Court Name: U.S. District Court, NDCA
Division: 3
Receipt Number: 34611122532
Cashier ID: sprinka
Transaction Date: 02/28/2017
Payer Name: oakland service of process

MISCELLANEOUS PAPERS
 For: william meagher
 Case/Party: D-CAN-3-17-MC-080026-001
 Amount:         $47.00

PAPER CHECK CONVERSION
 Check/Money Order Num: 201793
 Amt Tendered:   $47.00

Total Due:       $47.00
Total Tendered:  $47.00
Change Amt:      $0.00

lb


Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```