**EXHIBIT B**

Joseph G. Adams (#018210)
Carlie Tovrea (#029709)
SNELL & WILMER L.L.P.
One Arizona Center
400 East Van Buren, Suite 1900
Phoenix, Arizona 85004-2202
Telephone: 602.382.6000
Facsimile: 602.382.6070
E-Mail: jgadams@swlaw.com
       ctovrea@swlaw.com

Charles J. Harder (admitted *pro hac vice*)
Ryan J. Stonerock (admitted *pro hac vice*)
Dilan A. Esper (admitted *pro hac vice*)
Jordan Susman (admitted *pro hac vice*)
HARDER MIRELL & ABRAMS L.L.P.
132 S. Rodeo Drive, Fourth Floor
Beverly Hills, California 90067
Telephone: (424) 203-1600
E-mail: RStonerock@hmafirm.com
        DEsper@hmafirm.com

Attorneys for Plaintiffs

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| John J. Hurry and Justine Hurry, as husband and wife, Investment Services Corporation, an Arizona corporation,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>Financial Industry Regulatory Authority, Inc., a Delaware corporation,<br><br>　　　　Defendant. | Case No. 14-cv-02490-PHX-ROS<br><br>**JOINT STATUS REPORT** |

1  Pursuant to the Court's request on February 16, 2017, the parties jointly submit this
2  Status Report in advance of the Status Conference currently scheduled for February 17,
3  2017 at 10:30 a.m.
4  The parties have been working expeditiously to complete discovery pursuant to the
5  deadlines set forth in the Court's Scheduling Order filed on November 8, 2016 [Doc.
6  140]. Plaintiffs disclosed their expert witnesses on December 29, 2016, and defendant's
7  expert disclosures are due on February 17, 2017. All discovery is due to be completed by
8  March 1, 2017.
9  The parties have cooperated in scheduling depositions in the case for the next two
10 weeks. These include the major percipient witnesses, plus plaintiffs' expert.
11 Scott Andersen has been subpoenaed to give a deposition of February 27 in New
12 York. Two depositions had previously been set in Phoenix for February 27, and the
13 parties are working together to find an alternate date for the deposition of Mr. Andersen.
14 FINRA was told on February 9 that plaintiffs do not represent Jay Noiman (SCA former
15 employee) and that he must be subpoenaed to give a deposition. FINRA is attempting to
16 locate and subpoena Mr. Noiman. FINRA has subpoenad Eric Miller (SCA former
17 employee) to give a deposition on February 28. FINRA's counsel was informed on the
18 afternoon of February 16 that Mr. Miller recently has retained counsel, Leo Flanges. Mr.
19 Flanges says he is unavailable to defend Mr. Miller's deposition on February 28 and has
20 asked for alternate deposition dates in March.
21 There is a current dispute as to whether certain matters redacted by FINRA from
22 documents produced on February 7, 2017, on grounds of relevance, lawyer-client
23 privilege, and investigatory privilege, were properly redacted. FINRA has served a
24 privilege log, which plaintiffs contend does not contain sufficient information to
25 determine the privilege claim. Plaintiffs contend that as a private entity, FINRA cannot
26 claim a privilege, and that even if a privilege exists, it is narrow and does not cover the
27 discovery sought by plaintiffs. The redactions predominantly conceal the identity of an
28 SCA employee that was providing information to FINRA regarding SCA's business

1  practices. FINRA understands that plaintiffs now know the identity of the tipper, which in
2  FINRA's opinion renders plaintiffs' concerns moot. The parties are working in good faith
3  to resolve this dispute, and will promptly follow the Court's procedure for discovery
4  disputes if they cannot resolve it.
5       In addition, plaintiffs have issued a subpoena to the reporter from the Deal, Bill
6  Meagher, who published the stories containing the statements alleged in the Complaint to
7  be defamatory. Plaintiffs anticipate there may be a claim of a journalist's shield protection
8  by Mr. Meagher. If such an issue arises, the parties will contact the Court.

10      DATED this 16th day of February, 2017.

SNELL & WILMER L.L.P.

s/ Joseph G. Adams
Joseph G. Adams
Carlie Tovrea
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, Arizona 85004-2202

Charles J. Harder
Ryan J. Stonerock
Dilan A. Esper
Jordan Susman
HARDER MIRELL & ABRAMS LLP
132 S. Rodeo Drive, Fourth Floor
Beverly Hills, California 90212

Attorneys for Plaintiffs


SQUIRE PATTON BOGGS (US) LLP

s/ Gregory A. Davis *with permission*
George Brandon
Gregory A. Davis
Gregory S. Schneider
One East Washington Street,
Suite 2700
Phoenix, Arizona 85004

Attorneys for Defendants

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that on February 16, 2017, I electronically transmitted the foregoing document to the U.S. District Court Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants on record.

By: s/ Mandy Garsha