**EXHIBIT D**

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

SCOTTSDALE CAPITAL ADVISORS
CORP. and JOHN HURRY

   Plaintiff,

-against-

THE DEAL, LLC, WILLIAM MEAGHER
and JOHN DOES 1-30

   Defendants.

Index No: 154500/2016

**NOTICE OF DISCONTINUANCE
WITHOUT PREJUDICE**

  **PLEASE TAKE NOTICE** that, whereas no responsive pleading has been served in this action, plaintiffs **Scottsdale Capital Advisors Corp.** and **John Hurry** (each, a "**Plaintiff**" and together the "**Plaintiffs**"), pursuant to CPLR § 3217(a)(1), hereby discontinue without prejudice all claims as filed in the above captioned action as against **The Deal, LLC, William Meagher** and **John Does 1-30** (each a "**Defendant**" and together, the "**Defendants**"); and

  **PLEASE TAKE FURTHER NOTICE,** that Plaintiffs otherwise specifically reserve any and all rights as against any or all Defendants.

Dated: November 3, 2016
   New York, NY

               **CKR LAW LLP**

               By: */s/Ron Levy*
               *Attorneys for Plaintiffs Scottsdale Capital*
               *Advisors Corp. and John Hurry*
               1330 Avenue of the Americas
               14th Floor
               New York, NY 10019
               (p) 212-400-7300
               (f) 212-400-8200

1