THOMAS R. BURKE (CA State Bar No. 141930)
thomasburke@dwt.com
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California 94111
Telephone:   (415) 276-6500
Facsimile:   (415) 276-6599

ELIZABETH A. MCNAMARA (*pro hac vice* pending)
lizmcnamara@dwt.com
JOHN M. BROWNING (*pro hac vice* pending)
johnbrowning@dwt.com
DAVIS WRIGHT TREMAINE LLP
1251 Avenue of the Americas, 21st Floor
New York, New York 10020
Telephone:  (212) 489-8230
Facsimile:   (212) 489-8340

Attorneys for Non-Party Journalist
William Meagher

FILED

FEB 28 2017

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| John J. Hurry and Justine Hurry, as husband and wife; Investment Services Corporation, an Arizona Corporation, BRICFM LLC d/b/a Corner of Paradise Ice Cream Store, a California Limited Liability Company,<br><br>                Plaintiffs,<br><br>vs.<br><br>Financial Industry Regulatory Authority, Inc.,<br><br>                Defendant. | Case No. _____<br><br>(D. Ariz. No. 14-cv-04420-NC)<br><br>**DECLARATION OF WILLIAM MEAGHER IN SUPPORT OF NOTICE OF MOTION AND MOTION OF TO QUASH SUBPOENA**<br><br>Hearing Date:<br>Hearing Time: |

I, WILLIAM MEAGHER, declare under penalty of perjury pursuant to the laws of the United States of America:

1.    I am a reporter for *The Deal Pipeline*, which is a financial news journal published by The Deal LLC ("The Deal"). I make this declaration based on my personal knowledge and submit this declaration, together with the exhibits annexed hereto, in support of the accompanying motion to quash a subpoena (the "Subpoena") that was served on me by the plaintiffs ("Plaintiffs") in an

-1-

1  action currently pending before the United States District Court of Arizona. *Hurry v. Financial Industry Regulatory Authority,* Case No. CV-14-02490-PHX-ROS (D. Ariz) (the "Arizona Action"). I am not a party to the Arizona Action. A true and correct copy of the Subpoena is annexed hereto as Exhibit A.

2. I live in San Rafael, California, and work out of The Deal's offices located in Petaluma. I have worked as a journalist for 30 years and have spent more than five years covering small and microcap stock brokers for *The Deal Pipeline*. "Small" and "microcap" refers to the relatively small market capitalization of the firms whose stock is traded. Small and microcap stocks have traditionally presented much greater risk for investor fraud than other stocks since there tends to be less publicly available information and professional analysis than there would be for bigger companies. Scottsdale Capital Advisors Corp. ("Scottsdale") is a brokerage firm run by Plaintiffs, which specializes in the trading of small and microcap stock.

3. It is not uncommon for bad actors in the small and microcap industries to perpetrate market fraud. "Pump and dump" schemes pose a particularly serious risk. In a pump and dump scheme, the owners of cheaply purchased stock artificially inflate the stock's price by making false or misleading statements to investors and then sell the stock off at a profit at the expense of any investors still holding the worthless stock. Inexperienced and relatively poor investors are often targeted and taken advantage of by the firms running these schemes. I am deeply committed to reporting on this industry because I believe strongly that information will add transparency to opaque markets and benefit vulnerable investors.

4. On September 13, 2013, *The Deal Pipeline* published an article written by me entitled "Finra targets a dozen offshore firms suspecting [sic] of trading in pump-and-dumps" (the "September 13 Article"). A true and correct copy of the September 13 Article is annexed hereto as Exhibit B.

5. On December 6, 2013, *The Deal Pipeline* published an article I wrote entitled "FBI, securities officials investigating Scottsdale Capital, Alpine Securities, source says" (the

"December 6 Article").[1] A true and correct copy of the December 6 Article is annexed hereto as Exhibit C. In the course of researching the December 6 Article, I received credible information from confidential source(s) that Scottsdale and reported that information in the December 6 Article. I believed that information to be true when I first published it and believe it to be true now.

6. On March 20, 2014 and April 16, 2014, *The Deal Pipeline* published two more articles written by me, which re-reported information from the December 6 Article (respectively, the "March 20 Article" and "April 16 Article;" collectively with the December 6 Article, the "Articles"). True and correct copies of the March 20 Article and April 16 Article are annexed hereto as Exhibits D and E.

7. On May 28, 2015, *The Deal Pipeline* published an article written by me entitled "Scottsdale Capital, its principal John Hurry are subject of Finra action over offshore trading" (the "May 28 Article"). A true and correct copy of the May 28 Article is annexed hereto as Exhibit F.

8. All of the above-referenced articles were entirely researched, written and edited in California.

9. The Subpoena calls for me to appear for a deposition on March 1, 2017. Based on my understanding of the Arizona Action, I believe that Plaintiffs intend to question me about the identity of my confidential source(s). In addition, the Subpoena demands that I produce all records of communications between myself and my sources with regards to the September 17, December 6, March 20 and April 16 articles (the "Subpoenaed Articles"). To the extent such documents as demanded by the Subpoena exist, they were prepared in the course of researching and writing the Subpoenaed Articles and are as-yet unpublished. In sum, I have been informed that the testimony and documents sought by the Subpoena are subject to statutory and constitutional protections, which prohibit compelled disclosure.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 27th day of February, 2017 in Petaluma, California.

---

[1] Alpine Securities is a Utah-based clearing firm controlled by Scottsdale that handles the sale of stock by Scottsdale clients.

-3-

DECL. OF MEAGHER IN SUPPORT OF MOTION TO QUASH
Case No.
4847-2164-6660v.1 0090219-000012

1
2                                          William Meagher
3
4
5
6
7
8
9
10
DAVIS WRIGHT TREMAINE LLP
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

-4-

DECL. OF MEAGHER IN SUPPORT OF MOTION TO QUASH
DWT 28119217v1 0100073-000001