**EXHIBIT B**

Sign Up For Emails    Log in

Help / Contact Us: 1-888-667-3325 / customerservice@thedeal.com

Search articles with key words or company names



REGULATION

# Finra targets a dozen offshore firms suspecting of trading in pump-and-dumps

*In the past two years, Finra has asked the SEC to investigate at least a dozen offshore banks and brokerage houses that have generated at least $37 million in proceeds from suspicious trading in companies linked to pump-and-dump schemes.*

by Bill Meagher    Updated on September 13, 2013, 02:05 PM ET

In the past two years, the Financial Industry Regulatory Authority has asked the **Securities and Exchange Commission** to investigate at least a dozen offshore banks and brokerage houses that have generated at least $37 million in total proceeds from suspicious trading in companies linked to pump-and-dump schemes, according to internal documents obtained by The Deal.

The allegations were made in a series of reports that Finra sent to the SEC in 2012 and 2013. Officials from the SEC and from Finra, which regulates broker-dealers, declined to comment for this story.

The entities named by Finra include Caledonian Global Financial Services Inc. and Caledonian Bank, located in the Cayman Islands; Legacy Global Markets SA and Clearwater Securities Inc. of Belize; Argus Stockbrokers Ltd. of Cyprus; CBH Compagnie Bancaire Helvetique SA, Rigi Capital AG and Bank Gutenberg AG of Switzerland; Verdmont Capital SA and Financial Pacific Inc. of Panama; Sharma Investments Inc. of Samoa; Sherman Capital LLC of the Philippines and Boutique Services Ltd. in Hong Kong.

So far, it does not appear that the SEC has brought any enforcement actions against the offshore firms.

None of the offshore banks and trading houses named by Finra in its "Fraud Surveillance" reports responded to The Deal's requests for interviews.

The reports allege that the firms traded in shares of **Goff Corp.**, **Marine Drive Mobile Corp.**, **Toron Inc.**, Bioflamex Corp. and U.S. Highland Inc. All of the companies were the subjects of paid stock promotions. All of their stocks climbed as a result of the promotions and then dropped after insiders sold shares. All the companies were also named in Finra reports to the SEC as probable targets of pump-and-dump

campaigns.

The companies did not respond to requests for comment from The Deal.

Pump-and-dumps typically occur in microcap companies that are the subjects of paid promotions. Stock promotion is often done through e-mail and direct-mail advertising targeting retail investors. The promotional materials often make colorful or exaggerated claims about the future course of the company or its products. The promotion is also sometimes paired with a flurry of press releases from the company itself, announcing positive developments in its business. Retail investors may buy shares based on the promotional claims, while insiders wait for the shares to rise, and then sell off their positions into the promotion.

Paid promotions are not necessarily illegal. To be legal, however, the promotion must contain true information and a legal a disclaimer disclosing that the promotion was paid for, who is paying for it and who is being paid.

The Finra reports, which originated in the agency's Office of Fraud Detection and Market Intelligence in Rockville Md., detailed the trades made by the offshore firms, the backgrounds of the companies involved, their finances and, in some cases, include interviews with company management. The dispatches also point out where press releases from the companies coincided with the promotions, detailed the promotions, named promoters and described the claims they made about the companies. Each report ends with a conclusion that the combination of promotions, timely trades and sometimes other issues suggest that a pump-and-dump has occurred.

The Finra reports allege that Caledonian Global's, Caledonian Bank's, Legacy's, Argus', CBH's, Bank Gutenberg's, Verdmont's and Clearwater's trading in Goff Corp. generated total proceeds of $24.6 million.

Goff purports to be a mining concern headquartered in Medellin, Colombia. Earlier this year, someone paid $3 million for websites including PennyStockPillager.com and AwesomePennyStocks.com to promote Goff shares.

"When the price of gold EXPLODES--shares of GOFF could soar--transforming early investors into Millionaires!" one promotion from PennyStockPillager stated.

Finra said that trading records obtained from U.S.-based brokers Scottsdale Capital Advisors, **Vertical Group** and **Knight Execution & Clearing Services LLC** showed that the offshore traders bought Goff in March and sold the stock by April, as the share price rose from 20 cents to 65 cents. Goff, which trades over the counter under the symbol GOFF, was trading at 0.78 cents as of Sept. 12.

Clearwater Securities of Belize made $4 million trading Goff shares, according to Finra. The firm's trading account with Scottsdale Capital was opened in April 2012 by Philip Kueber. He has been referred to the SEC by Finra at least eight times for his alleged involvement with pump-and-dump schemes, including one involving the shares of purported mining company **Pepper Rock Resources Corp.** in May 2011. Kueber was Pepper Rock's CEO in 2010. He was also an officer with privately held Oxalis Energy Group Inc., which participated in a joint venture with Pepper Rock that year, according to Finra. The agency alleges that Pepper Rock was a vehicle for a pump-and-dump fueled by Internet promotions and company-issued press releases.

Legacy Global also traded in the Pepper Rock pump-and-dump, according to Finra. Kueber was a signatory on account documents associated with Legacy.

He could not be reached for comment by The Deal.

In the case of Bioflamex, a Danish-based company that claims to manufacture fire extinguishers, it issued its first-ever press release on March 5, 2012. The next day a $552,500 stock promotion began. Bioflamex shares jumped from $6 to $20.92 that day.

By March 9, they had fallen to $3.96.

Bioflamex then issued a press release claiming to have "initiated an internal review and investigation of the unusually high volume of trading in its common shares on the OTC Bulletin Board, and the resulting precipitous drop in the market price of its stock." CEO Kristian Schiorring went on to blame a "slander campaign" against the company on stock trading message boards and a very high volume of short selling and panic selling for the share slide.

Finra said Bioflamex never responded to its request for more information.

As of Sept. 12, 2013, the stock, which trades under the symbol BFLX, was quoted at .05 cents.

In the case of Marine Drive Mobile, Finra detailed a May 2012 stock promotion that was paid for by Newmarket Traders Ltd. According to the report, John Person's Bottom Line Newsletter claimed that a $10,000 investment in Marine Drive Mobile could turn into $261,700 "in nearly the blink of an eye" and that the company might be acquired by **Facebook Inc.** at $26.17 a share. **San Francisco**-based Marine Drive Mobile offers technology that consumer companies can use to manage daily-deal and loyalty programs. A legal disclaimer in Person's newsletter said he had not verified any of the information in his publication and that he had been paid $5,000 to promote Marine Drive Mobile.

The Finra report noted that Person and his newsletter had been referenced several times before by the regulator to the SEC "for his suspect promotion of issuers that were potentially the subject of a 'pump-and-dump' scheme." Finra said it previously referred Person to the SEC in March 2012 for the promotion of **FrogAds Inc.**

The promotion of Marine Drive drove its shares from 67 cents on May 1 to $1.06 on May 24, according to Finra.

As of Sept. 12, 2013, Marine Drive stock had not traded for the past two days and was last quoted at 1 cent. The shares trade over the counter under the symbol MDMCD.

Finra officials interviewed Marine Drive CEO Colin MacDonald about the promotion in May 2012. He told them that he had "no clue on this crap," that he did not know anything about any promotions paid for by people unaffiliated with the company and he had not hired anyone to do investor relations.

He had, however, hired Kevin Finn to market the company, according to Finra. Finn was Person's agent. Finn told Finra that Person was paid $10,000 for his promotion of Marine Drive Mobile. Finn also said that he had been referred to the company by a **Vancouver, British Columbia**-based client.

Finn said he did not review Person's newsletter and that he did not judge material in the newsletters for "truthfulness." Finn also told Finra that if someone involved in the Marine Drive Mobile promotion was doing something wrong, the regulator should "bring the bastards to justice."

A June 2012 promotion of the company by the James Rapholz Economic Advice newsletter called Marine Drive Mobile the "Game Changer of the Decade" and claimed that the company could become a takeover target for "Google, Amazon, Living Social or **Groupon** itself could suddenly enter a bidding war to get their hands on this breakthrough technology."

Rapholz advised investors to buy the stock at below $2 with a short-term target price of $3.50 to $4 and a

two-year target of $27.

A legal disclaimer in Rapholz's newsletter shows that he was paid $7,500 by Newmarket. Finra noted that Rapholz was banned from the securities industry for a decade in 1991 because of his alleged securities law violations in his sales of shares in a Palm Beach, Fla.-based equity fund. Rapholz was also the subject of a cease-and-desist order from the South Carolina Securities Commissioner over the promotion of **Cobra Oil & Gas Co.**, now known as **Viper Resources Inc.**, in 2010. Finn was referenced in the same order.

Person did not return a call from The Deal seeking comment. Finn declined to comment. MacDonald could not be reached for comment. Phone numbers listed for Rapholz's Economic Advice newsletter were either disconnected or had been reassigned to another business.

A disclaimer in Rapholz's newsletter had said that Newmarket managed a production budget of $460,000 to promote Marine Drive Mobile.

In the case of Toron, a Montreal-based mining company, Rigi Capital engaged in trades that appeared to match with Financial Pacific and Boutique, according to Finra. Rigi sold the same number of shares on the same days and at the same time that the other traders bought the same number of share with limit prices. In its report to the SEC, Finra said that Rigi made $62,195 from its trades, and Bank Gutenberg realized $22,135. Sharma Investments made $40,489.



**The Deal**
1-888-667-3325
+1-212-313-9251 (International)
customerservice@thedeal.com

**BoardEx**
1-888-257-6082
+44 (0) 20 7160 9600
sales@boardex.com

**Follow Us**

@TheDealNewsroom

The Deal

The Deal

Join one of our LinkedIn groups:
The Corporate Dealmaker Connection
The Private Equity Connection
BoardEx

**Services**

The Deal
BoardEx
PrivateRaise
Activist Service
Out-of-Court Restructuring
Event Driven Service
Connections
Advertise with us
Reprints & Permissions

**About Us**

Company Overview
Leadership
Services
Press Room
Industry Awards

© The Deal. All Rights Reserved. We respect your privacy. View our terms & conditions.