THOMAS R. BURKE (State Bar No. 141930)
thomasburke@dwt.com
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California 94111
Telephone:   (415) 276-6500
Facsimile:   (415) 276-6599

ELIZABETH A. MCNAMARA (*pro hac vice* pending)
lizmcnamara@dwt.com
JOHN M. BROWNING (*pro hac vice* pending)
jackbrowning@dwt.com
DAVIS WRIGHT TREMAINE LLP
1251 Avenue of the Americas, 21st Floor
New York, New York 10020
Telephone:   (212) 489-8230
Facsimile:   (212) 489-8340

Attorneys for Non-Party Jounalist
William Meagher

FILED
FEB 28 2017
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

CV 17 80 026 MISC

| | |
|---|---|
| John J. Hurry and Justine Hurry, as husband and wife; Investment Services Corporation, an Arizona Corporation, BRICFM LLC d/b/a/ Corner of Paradise Ice Cream Store, a California Limited Liability Company, | Case No. _____ <br><br> (D. Ariz. No. 14-cv-04420-NC) <br><br> **PROOF OF SERVICE** |
| Plaintiffs, | Hearing Date: <br> Hearing Time: |
| vs. | |
| Financial Industry Regulatory Authority, Inc., | |
| Defendant. | |

PROOF OF SERVICE

## PROOF OF SERVICE

I am employed in the City and County of San Francisco, State of California, in the office of a member of the bar of this court, at whose direction the service was made. I am over the age of eighteen (18) years, and not a party to or interested in the within-entitled action. I am an employee of DAVIS WRIGHT TREMAINE LLP, and my business address is 505 Montgomery Street, Suite 800, San Francisco, California 94111-6533.

I caused to be served a copy of the following document:

**NOTICE OF MOTION AND MOTION TO QUASH SUBPOENA ISSUED FROM A CIVIL CASE PENDING BEFORE THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ARIZONA AND SERVED ON NON-PARTY JOURNALIST WILLIAM MEAGHER**

**DECLARATION OF JOHN M. BROWNING IN SUPPORT OF NOTICE OF MOTION AND MOTION OF TO QUASH SUBPOENA**

**DECLARATION OF WILLIAM MEAGHER IN SUPPORT OF NOTICE OF MOTION AND MOTION OF TO QUASH SUBPOENA**

I caused the above document to be served on each of the persons listed below by the following means:

Joseph G. Adams, Esq.
Carlie Shae Tovrea, Esq.
Snell & Wilmer LLP - Phoenix, AZ
1 Arizona Center
400 E Van Buren
Phoenix, AZ 85004-2202
Tel: 602-382-6393
Fax: 602-382-6070
Email: ctovrea@swlaw.com
*Counsel for Plaintiffs*

Charles Harder, Esq.
Dilan Esper, Esq.
Ryan J Stonerock, Esq.
Harder Mirell & Abrams LLP
132 S Rodeo Drive, 4th Floor
Beverly Hills, CA 90212
Tel: 424-203-1600
Fax: 424-203-1601
Email: charder@hmafirm.com
*Counsel for Plaintiffs*

George Ian Brandon, Sr.
Gregory Alan Davis
Gregory Sumner Schneider
Squire Patton Boggs (US) LLP - Phoenix, AZ
1 E Washington Street, Suite 2700
Phoenix, AZ 85004
Tel: 602-528-4000
Fax: 602-253-8129
Email: gregory.schneider@squirepb.com
*Counsel for Defendants*

Donald A Wall, Esq.
Squire Sanders & Dempsey LLP
2 Renaissance Square
40 N Central Avenue, Suite 2700
Phoenix, AZ 85004-4441
Tel: 602-528-4000
Fax: 602-253-8129
Email: dwall@ssd.com
*Counsel for Defendants*

 I enclosed a true and correct copy of said document in an envelope and placed it for collection and mailing via Federal Express on February 28, 2017, for guaranteed delivery on March 1, 2017, following the ordinary business practice.

-1-

PROOF OF SERVICE

I am readily familiar with my firm's practice for collection and processing of correspondence for delivery in the manner indicated above, to wit, that correspondence will be deposited for collection in the above-described manner this same day in the ordinary course of business.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on February 28, 2017, at San Francisco, California.

_____
Aysha D. Lewis

PROOF OF SERVICE -2-