| | |
|---|---|
| 1 | THOMAS R. BURKE (CA State Bar No. 141930) |
| | thomasburke@dwt.com |
| 2 | DAVIS WRIGHT TREMAINE LLP |
| | 505 Montgomery Street, Suite 800 |
| 3 | San Francisco, California 94111 |
| | Telephone: (415) 276-6500 |
| 4 | Facsimile: (415) 276-6599 |

ELIZABETH A. MCNAMARA (*pro hac vice* forthcoming)
lizmcnamara@dwt.com
JOHN M. BROWNING (*pro hac vice* forthcoming)
johnbrowning@dwt.com
DAVIS WRIGHT TREMAINE LLP
1251 Avenue of the Americas, 21st Floor
New York, New York 10020
Telephone: (212) 489-8230
Facsimile: (212) 489-8340

Attorneys for Non-Party Journalist
William Meagher

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| John J. Hurry and Justine Hurry, as husband and wife; Investment Services Corporation, an Arizona Corporation, BRICFM LLC d/b/a Corner of Paradise Ice Cream Store, a California Limited Liability Company,<br><br>Plaintiffs,<br><br>vs.<br><br>Financial Industry Regulatory Authority, Inc.,<br><br>Defendant. | Case No. 17-CV-80026-MISC-LB<br><br>(D. Ariz. No. 14-cv-04420-NC)<br><br>**[PROPOSED] ORDER RE: MOTION TO QUASH SUBPOENA ISSUED FROM A CIVIL CASE PENDING BEFORE THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ARIZONA AND SERVED ON NON-PARTY JOURNALIST WILLIAM MEAGHER**<br><br>Assigned to: Magistrate Judge Laurel Beeler<br>Motion Filed: February 28, 2016<br>Hearing Date: |

Pursuant to the Motion of William Meagher, and for good cause shown, it is hereby ORDERED that Mr. Meagher's Motion to Quash the subpoena issued from *Hurry v. Financial Industry Regulatory Authority, Inc.*, 14-cv-04420-NC (D. Ariz.) and dated February 14, 2017, which seeks to compel oral testimony and written documents from Mr. Meagher, is GRANTED.

**IT IS SO ORDERED.**

Dated: _____, 2017

_____
Hon. Laurel Beeler
United States Magistrate Judge

- 1 -

[PROPOSED] ORDER
Case No. 17-CV-80026-MISC-LB