THOMAS R. BURKE (State Bar No. 141930)
thomasburke@dwt.com
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California 94111
Telephone: (415) 276-6500
Facsimile: (415) 276-6599

ELIZABETH A. MCNAMARA (*pro hac vice* pending)
lizmcnamara@dwt.com
JOHN M. BROWNING (*pro hac vice* pending)
jackbrowning@dwt.com
DAVIS WRIGHT TREMAINE LLP
1251 Avenue of the Americas, 21st Floor
New York, New York 10020
Telephone: (212) 489-8230
Facsimile: (212) 489-8340

Attorneys for Non-Party Jounalist
William Meagher

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| John J. Hurry and Justine Hurry, as husband and wife; Investment Services Corporation, an Arizona Corporation, BRICFM LLC d/b/a/ Corner of Paradise Ice Cream Store, a California Limited Liability Company,<br><br>Plaintiffs,<br><br>vs.<br><br>Financial Industry Regulatory Authority, Inc.,<br><br>Defendant. | Case No. 3:17-mc-80026-LB<br><br>(D. Ariz. No. 14-cv-04420-NC)<br><br>**PROOF OF SERVICE** |

# PROOF OF SERVICE

I am employed in the City and County of San Francisco, State of California, in the office of a member of the bar of this court, at whose direction the service was made. I am over the age of eighteen (18) years, and not a party to or interested in the within-entitled action. I am an employee of DAVIS WRIGHT TREMAINE LLP, and my business address is 505 Montgomery Street, Suite 800, San Francisco, California 94111-6533.

I caused to be served a copy of the following document:

**[PROPOSED] ORDER RE MOTION TO QUASH SUBPOENA ISSUED FROM A CIVIL CASE PENDING BEFORE THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ARIZONA AND SERVED ON NON-PARTY JOURNALIST WILLIAM MEAGHER**

I caused the above document to be served on each of the persons listed below by the following means:

| | |
|---|---|
| Joseph G. Adams, Esq. | Charles Harder, Esq. |
| Carlie Shae Tovrea, Esq. | Dilan Esper, Esq. |
| Snell & Wilmer LLP - Phoenix, AZ | Ryan J Stonerock, Esq. |
| 1 Arizona Center | Harder Mirell & Abrams LLP |
| 400 E Van Buren | 132 S Rodeo Drive, 4th Floor |
| Phoenix, AZ  85004-2202 | Beverly Hills, CA  90212 |
| Tel:  602-382-6393 | Tel:  424-203-1600 |
| Fax: 602-382-6070 | Fax: 424-203-1601 |
| Email:  ctovrea@swlaw.com | Email:  charder@hmafirm.com |
| *Counsel for Plaintiffs* | *Counsel for Plaintiffs* |
| | |
| George Ian Brandon , Sr. | Donald A Wall, Esq. |
| Gregory Alan Davis | Squire Sanders & Dempsey LLP |
| Gregory Sumner Schneider | 2 Renaissance Square |
| Squire Patton Boggs (US) LLP - Phoenix, AZ | 40 N Central Avenue, Suite 2700 |
| 1 E Washington Street, Suite 2700 | Phoenix, AZ 85004-4441 |
| Phoenix, AZ  85004 | Tel:  602-528-4000 |
| Tel:  602-528-4000 | Fax: 602-253-8129 |
| Fax: 602-253-8129 | Email:  dwall@ssd.com |
| Email:  gregory.schneider@squirepb.com | *Counsel for Defendants* |
| *Counsel for Defendants* | |

☑ I enclosed a true and correct copy of said document in an envelope and placed it for collection and mailing with the United States Post Office on March 1, 2017, following the ordinary business practice.

☑ A true and correct copy of said document was sent via electronic mailed on March 1, 2017

I am readily familiar with my firm's practice for collection and processing of correspondence for delivery in the manner indicated above, to wit, that correspondence will be deposited for collection in the above-described manner this same day in the ordinary course of business.

-1-

PROOF OF SERVICE
CASE NO. 3:17-MC-80026-LB

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on March 1, 2017, at San Francisco, California.

                                                       Aysha D. Lewis