UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Hurry et al.,

        Plaintiff(s),

  v.

FINRA,

        Defendant(s).

Case No: 17-mc-80026-lb

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE** : Order
(CIVIL LOCAL RULE 11-3)

I, John M. Browning, an active member in good standing of the bar of New York, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Non-Party Journalist William Meagher in the above-entitled action. My local co-counsel in this case is Thomas R. Burke, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Davis Wright Tremaine, 1251 Avenue of the Americas, 21st Floor, New York NY 10020 | Davis Wright Tremaine, 505 Montgomery Street, Suite 800, San Francisco, California 94111 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (212) 489-8230 | (415) 276-6500 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| jackbrowning@dwt.com | thomasburke@dwt.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: JB1986.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 03/02/17

                                    John M. Browning
                                        APPLICANT

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of John M. Browning is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 3/9/2017

                                  UNITED STATES DISTRICT/MAGISTRATE JUDGE

CSDNY (05/2010) Certificate of Good Standing

# United States District Court
## Southern District of New York

## Certificate of Good Standing

I, Ruby J. Krajick, Clerk of this Court, certify that

**JOHN MOSES BROWNING**, Bar # **JB1986**

was duly admitted to practice in this Court on

**DECEMBER 9, 2014**, and is in good standing as a member of the Bar of this Court.

Dated at New York, New York  
500 Pearl Street  
on **FEBRUARY 14, 2017**

Ruby J. Krajick  
Clerk

by _____ Deputy Clerk

**PROOF OF SERVICE**

I am employed in the City and County of San Francisco, State of California, in the office of a member of the bar of this court, at whose direction the service was made. I am over the age of eighteen (18) years, and not a party to or interested in the within-entitled action. I am an employee of DAVIS WRIGHT TREMAINE LLP, and my business address is 505 Montgomery Street, Suite 800, San Francisco, California 94111-6533.

I caused to be served a copy of the following document:

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**

I caused the above document to be served on each of the persons listed below by the following means:

Joseph G. Adams, Esq.
Carlie Shae Tovrea, Esq.
Snell & Wilmer LLP - Phoenix, AZ
1 Arizona Center
400 E Van Buren
Phoenix, AZ  85004-2202
Tel:  602-382-6393
Fax:  602-382-6070
Email:  ctovrea@swlaw.com
*Counsel for Plaintiffs*

Charles Harder, Esq.
Jordan Susman, Esq.
Dilan Esper, Esq.
Ryan J. Stonerock, Esq.
Harder Mirell & Abrams LLP
132 S Rodeo Drive, 4th Floor
Beverly Hills, CA  90212
Tel: 424-203-1600
Fax: 424-203-1601
Email:  charder@hmafirm.com
*Counsel for Plaintiffs*

George Ian Brandon, Sr., Esq.
Gregory Alan Davis, Esq.
Gregory Sumner Schneider, Esq.
Squire Patton Boggs (US) LLP - Phoenix, AZ
1 E Washington Street, Suite 2700
Phoenix, AZ  85004
Tel:  602-528-4000
Fax:  602-253-8129
Email:  gregory.schneider@squirepb.com
*Counsel for Defendants*

Donald A Wall, Esq.
Squire Sanders & Dempsey LLP
2 Renaissance Square
40 N Central Avenue, Suite 2700
Phoenix, AZ  85004-4441
Tel: 602-528-4000
Fax: 602-253-8129
Email:  dwall@ssd.com
*Counsel for Defendants*

☑  I enclosed a true and correct copy of said document in an envelope and placed it for collection and mailing via Federal Express on March 8, 2017, for guaranteed delivery on March 9, 2017, following the ordinary business practice.

I am readily familiar with my firm's practice for collection and processing of correspondence for delivery in the manner indicated above, to wit, that correspondence will be deposited for collection in the above-described manner this same day in the ordinary course of business.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on March 9, 2017, at San Francisco, California.

　　　　　　　　　　　　　　　　　／s／　Aysha D. Lewis
　　　　　　　　　　　　　　　　　　　Aysha D. Lewis

-1-

PROOF OF SERVICE
CASE NO. 3:17-MC-80026-LB