# EXHIBIT 3

| | |
|---|---|
| Jeffrey Abrams<br>Harder Mirell & Abrams<br>132 S. Rodeo Drive (4th Floor)  4th Floor Beverly Hills, CA 90212 | **1225.020** |
| **GORDON D. SCHABER COURTHOUSE**<br> STREET ADDRESS: **720 9TH STREET**<br>CITY AND ZIP CODE: **SACRAMENTO, CA 95814**<br>  BRANCH NAME:<br>  CASE NUMBER: **14-CV-02490-PHX-ROS**<br><br>John Hurry,et al<br>   vs.<br>Financial Industry Regulatory,et al | **SUMMARY OF SERVICE**<br>**JOB COMPLETE**<br>**CW180118**<br>**1 PROCESS** |
| | **COMPLETED BY**<br>**Matthew Anderson**<br>**2/15/2017  8:11 PM** |
| **PROOF OF DELIVERY** | Reference No.:<br>**1225.020** |

DOCUMENTS SERVED:

**Deposition Subpoena2-14;**

PARTY SERVED:  William Meagher

DATE & TIME OF SERVICE:  2/15/2017
                          8:11 PM

ADDRESS, CITY, AND STATE:  90 Village Cir
                           San Rafael, CA 949034244

PHYSICAL DESCRIPTION:  **Age: 60'S Weight: 250 Hair: GREY Sex: Male Height: 5'10 Eyes:  Race: C**

MANNER OF SERVICE:
  Personal Service - By personally delivering copies to William Meagher.

---

**COURT FILINGS | SERVICE OF PROCESS | REPROGRAPHICS**
**PDF/FAX FILINGS | MESSENGER SERVICES**

---

**NOT A PROOF OF SERVICE | SUMMARY OF SERVICE | NOT A PROOF OF SERVICE**

Did you know you can check status, place orders, and look up costs online?
Visit our secure website at https://www.tristarsoftware.net/calwest

# PROOF OF DELIVERY



*CalWest Attorney Services, Inc.*

Matthew Anderson
County:  Marin County
Registration No.:  97