# EXHIBIT A

George Brandon (No. 017947) george.brandon@squirepb.com
Gregory A. Davis (No. 025976) gregory.davis@squirepb.com
Gregory Schneider (No. 029660) gregory.schneider@squirepb.com
SQUIRE PATTON BOGGS (US) LLP
One East Washington Street, Suite 2700
Phoenix, Arizona 85004
Telephone: (602) 528-4000
Facsimile: (602) 253-8129
Attorneys for Defendants Financial Industry Regulatory Authority, Inc.
and Scott M. Andersen

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| John J. Hurry and Justine Hurry, as husband and wife; Investment Services Corporation, an Arizona corporation, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>Financial Industry Regulatory Authority, Inc., a Delaware corporation,<br><br>Defendant. | Case No. 14-cv-02490-PHX-ROS<br><br>**UNOPPOSED MOTION TO CONTINUE DISPOSITIVE MOTION DEADLINE**<br>**(First Request)** |

### Introduction

Defendant Financial Industry Regulatory Authority, Inc. ("FINRA") moves for an order continuing the dispositive motion deadline in this case from April 3, 2017 to May 8, 2017. Pursuant to Civil Local Rule 7.3(b), counsel for FINRA met and conferred with counsel for plaintiffs regarding the subject-matter of this motion and was informed that plaintiffs do not oppose the extension requested herein.

### Argument

FINRA seeks a 5-week extension of the dispositive motion deadline in this case because its counsel of record will be actually engaged in trial on two other matters outside of Phoenix, in Mohave County Superior Court, from March 27 to April 14 as described below:

- 1 -

| Dates | Attorney(s) | Case Name | Case No. |
|---|---|---|---|
| March 27–29 | Gregory Davis | RES-AZ Kingman, LLC v. Elizabeth Neth | CV2011-00366 |
| April 3–14 | George Brandon<br>Gregory Davis<br>Gregory Schneider | Cantex Inc. v. RBR Construction, Inc. | CV2012-01247 |

FINRA's completion of a thorough motion for summary judgment therefore requires that the April 3 dispositive motion deadline be continued. Discovery in this case concluded on March 1. Between February 17 and March 1, the parties took the depositions of thirteen witnesses, but have yet to receive the final transcripts of each of those depositions. Deposition testimony will be a critical component of FINRA's motion for summary judgment. It will include, for example, the testimony of Eric Miller, a former employee of one of the Hurrys' businesses, that he was the reporter Bill Meagher's source for the allegedly defamatory statements in Mr. Meagher's articles that plaintiffs have erroneously attributed to FINRA. FINRA's motion for summary judgment will also include a declaration from FINRA's Ombudsman regarding the scope and results of its internal investigation regarding plaintiffs' unfounded allegations that FINRA provided Mr. Meagher the information Mr. Meagher published in his various, allegedly defamatory, news articles.

As may be expected, much of the time of FINRA's counsel between now and the current dispositive motion deadline will be devoted to trial preparation in the two above-referenced matters. By continuing the dispositive motion deadline to May 8, FINRA's counsel will be afforded three weeks after the completion of their trials to prepare FINRA's motion for summary judgment. FINRA also anticipates that by the date that the above-referenced trials are completed, all the deposition transcripts in this matter will have been finalized.

## Conclusion

For the foregoing reasons, FINRA respectfully requests that the dispositive motion deadline be continued from April 3, 2017 to May 8, 2017.

1     RESPECTFULLY SUBMITTED this 7th day of March, 2017.

2

3                                       */s/ Gregory A. Davis*
                                      George Brandon
4                                       Gregory A. Davis
                                      Gregory Schneider
5                                       SQUIRE PATTON BOGGS (US) LLP
                                      One East Washington Street, Suite 2700
6                                       Phoenix, Arizona 85004
                                      Attorneys for Defendants Financial Industry
7                                       Regulatory Authority, Inc. and Scott M. Andersen

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that on March 7, 2017, I electronically filed the foregoing document with the Court using the CM/ECF System for filing and service on plaintiffs as listed below:

| | |
|---|---|
| Joseph G. Adams | Charles J. Harder |
| Carlie Tovrea | Dilan Esper |
| Snell & Wilmer L.L.P. | Jordan Susman |
| One Arizona Center | Harder Mirell & Abrams LLP |
| 400 East Van Buren, Suite 1900 | 132 S Rodeo Drive, Fourth Floor |
| Phoenix, Arizona 85004-2202 | Beverly Hills, California 90212 |

*Attorneys for Plaintiffs*

*/s/ Sara Ramirez*

- 4 -