DAVIS WRIGHT TREMAINE LLP

1  THOMAS R. BURKE (CA State Bar No. 141930)
   thomasburke@dwt.com
   DAVIS WRIGHT TREMAINE LLP
2  505 Montgomery Street, Suite 800
   San Francisco, California  94111
3  Telephone:    (415) 276-6500
   Facsimile:    (415) 276-6599
4
5  ELIZABETH A. MCNAMARA (*pro hac vice*)
   lizmcnamara@dwt.com
6  JOHN M. BROWNING (*pro hac vice*)
   johnbrowning@dwt.com
7  DAVIS WRIGHT TREMAINE LLP
   1251 Avenue of the Americas, 21st Floor
8  New York, New York 10020
   Telephone:  (212) 489-8230
9  Facsimile:   (212) 489-8340

10 Attorneys for Non-Party Journalist
   William Meagher

11

12                **UNITED STATES DISTRICT COURT**

13              **NORTHERN DISTRICT OF CALIFORNIA**

14                **SAN FRANCISCO DIVISION**

15

16 John J. Hurry and Justine Hurry, as husband and )  Case No. 17-mc-80026-LB
   wife; Investment Services Corporation, an        )
17 Arizona Corporation, BRICFM LLC d/b/a            )  (D. Ariz. No. 14-cv-04420-NC)
   Corner of Paradise Ice Cream Store, a California  )
18 Limited Liability Company,                        )  **PROOF OF SERVICE**
                                                      )
19                          Plaintiffs,               )  Hearing Date:    April 6, 2017
                                                      )  Hearing Time:  9:30 a.m.
20        vs.                                         )  Courtroom C
                                                      )
21 Financial Industry Regulatory Authority, Inc.,   )
                                                      )
22                          Defendant.                )
                                                      )
23                                                    )
                                                      )
24 _____ )

25

26

27

28

PROOF OF SERVICE
CASE NO. 3:17-mc-80026-LB

**DAVIS WRIGHT TREMAINE LLP**

## <u>PROOF OF SERVICE</u>

I am employed in the City and County of San Francisco, State of California, in the office of a member of the bar of this court, at whose direction the service was made.  I am over the age of eighteen (18) years, and not a party to or interested in the within-entitled action.  I am an employee of DAVIS WRIGHT TREMAINE LLP, and my business address is 505 Montgomery Street, Suite 800, San Francisco, California 94111-6533.

I caused to be served a copy of the following document:

- **REPLY BRIEF IN FURTHER SUPPORT OF MOTION TO QUASH SUBPOENA ISSUED FROM A CIVIL CASE PENDING BEFORE THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ARIZONA AND SERVED ON NON-PARTY JOURNALIST WILLIAM MEAGHER**

- **REPLY DECLARATION OF ELIZABETH A. MCNAMARA IN FURTHER SUPPORT OF MOTION TO QUASH SUBPOENA**

I caused the above document to be served on each of the persons listed below by the following means:

| | |
|---|---|
| Joseph G. Adams, Esq.<br>Carlie Shae Tovrea, Esq.<br>Snell & Wilmer LLP - Phoenix, AZ<br>1 Arizona Center<br>400 E Van Buren<br>Phoenix, AZ  85004-2202<br>Tel:  602-382-6393<br>Fax:  602-382-6070<br>Email:  ctovrea@swlaw.com<br>*Counsel for Plaintiffs* | Charles Harder, Esq.<br>Jordan Susman, Esq.<br>Dilan Esper, Esq.<br>Ryan J. Stonerock, Esq.<br>Harder Mirell & Abrams LLP<br>132 S Rodeo Drive, 4th Floor<br>Beverly Hills, CA  90212<br>Tel:  424-203-1600<br>Fax:  424-203-1601<br>Email:  charder@hmafirm.com<br>          jsusman@hmafirm.com<br>*Counsel for Plaintiffs* |
| George Ian Brandon, Sr., Esq.<br>Gregory Alan Davis, Esq.<br>Gregory Sumner Schneider, Esq.<br>Squire Patton Boggs (US) LLP - Phoenix, AZ<br>1 E Washington Street, Suite 2700<br>Phoenix, AZ  85004<br>Tel:  602-528-4000<br>Fax:  602-253-8129<br>Email:  gregory.schneider@squirepb.com<br>*Counsel for Defendants* | Donald A Wall, Esq.<br>Squire Sanders & Dempsey LLP<br>2 Renaissance Square<br>40 N Central Avenue, Suite 2700<br>Phoenix, AZ  85004-4441<br>Tel:  602-528-4000<br>Fax:  602-253-8129<br>Email:  dwall@ssd.com<br>*Counsel for Defendants* |

☑ I enclosed a true and correct copy of said document in an envelope and placed it for collection and mailing with the United States Post Office on March 21, 2017, following the ordinary business practice.

☑ A true and correct copy of said document was sent via electronic mailed on March 21, 2017

-1-

PROOF OF SERVICE
CASE NO. 3:17-mc-80026-LB

1    I am readily familiar with my firm's practice for collection and processing of correspondence for delivery in the manner indicated above, to wit, that correspondence will be deposited for collection in the above-described manner this same day in the ordinary course of business.

2

3

4    I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

5    Executed on March 21, 2017, at San Francisco, California.

6                                                    /s/   Aysha D. Lewis
                                                        Aysha D. Lewis
7

DAVIS WRIGHT TREMAINE LLP

PROOF OF SERVICE
CASE NO. 3:17-MC-80026-LB