1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

NORTHERN DISTRICT OF CALIFORNIA

10

San Francisco Division

11

12   JOHN J. HURRY, et al.,                    Case No. 17-mc-80026-LB

13              Plaintiffs,

14        v.                                   **ORDER**

                                               Re: ECF No. 16
15   FINANCIAL INDUSTRY REGULATORY
     AUTHORITY, INC.,
16
              Defendant.
17

18        The plaintiffs sued the Financial Industry Regulatory Authority ("FINRA") in the District of

19   Arizona; the two remaining claims are defamation and false light based on FINRA's allegedly

20   providing false information to the reporter William Meagher. *See Hurry v. Fin. Indus. Reg. Auth.*

21   *Inc.*, No. CV-14-02490-PHX-ROS, 2015 U.S. Dist. LEXIS 90147, at *9–11 (D. Ariz. Apr. 4,

22   2016). Mr. Meagher published articles between 2013 and 2015 about whether the plaintiffs' stock-

23   brokerage firm was involved in a fraud; the articles were based on a confidential source (thought

24   by plaintiffs to be FINRA). *Id.* They subpoenaed Mr. Meagher for a deposition and for documents

25   relating to his communications with his source. (ECF No. 3-1 at 5.[1]) Mr. Meagher moved to quash

26

27   ───────────────

28   [1] Citations refer to material in the Electronic Case File ("ECF"); pinpoint citations are to the ECF-
     generated page numbers at the top of documents.

1  on the ground that his communications are protected by California's reporter's-shield law and the

2  reporter's privilege under the federal and California constitutions. (Motion to Quash – ECF No. 1).

3      The court previously granted Mr. Meagher's motion to quash the subpoena, which was

4  targeted only at privileged information. *See* Order – ECF No. 15 at 2–3 (citing *Lemberg Law LLC*

5  *v. Hussin*, No. 16-mc-80066-JCS, 2016 U.S. Dist. LEXIS 76222, at *17 (N.D. Cal. June 13,

6  2016)). The court allowed the plaintiffs to propound written discovery that was not geared toward

7  privileged information. *Id.* at 3. The plaintiffs propounded discovery, Mr. Meagher objected based

8  on privilege, and the parties thereafter filed a joint letter brief.[2]

9      The court reviewed the plaintiffs' questions and Mr. Meagher's objections, denies the

10  plaintiffs' motion to compel answers, and grants Mr. Meagher's motion to quash. The unanswered

11  questions are aimed only at privileged information or are irrelevant, and the information is

12  protected for the reasons advanced by Mr. Meagher and stated in the court's April 7 order.

13  **IT IS SO ORDERED.**

14      Dated: May 2, 2017

15

16                                LAUREL BEELER
                              United States Magistrate Judge

17

18

19

20

21

22

23

24

25

26

27

28  [2] ECF No. 16.

United States District Court
Northern District of California